WR-83,914-01

CAUSE NUMBER 1971655

EX PARTE                          )          IN THE COUNTY CRIMINAL

SONDRA HUMPHREY COURT             )          AT LAW NUMBER 18

CONTEMPT                          )          HARRIS COUNTY, TEXAS

RECEIVED
COURT OF CRIMINAL APPEALS
9/18/2015
ABEL ACOSTA, CLERK

**PETITION FOR WRIT OF HABEAS**

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL
APPEALS:

I.

Comes now <u>Sondra Humphrey</u>, applicant, and files this petition for writ of habeas corpus.  In support of this motion, applicant shows the Court the following:

II.

Applicant is currently restrained by virtue of <u>physical liberty</u> due to the actions of the <u>Harris County District Attorneys Office</u>, respondent.

Applicant is being restrained by virtue of a contempt order issued by the respondent on, September 8th, 2015, a copy of which is attached to this petition as Exhibit A.

III.

The restraint is unlawful because this contempt order was based on the applicant's failure to turn over her notes and audio recordings in the aforementioned cases by June 23, 2014.

On June 23rd, 2014, Humphrey received information that suggested that Humphrey need not appear but continue working on documents to prepare for the court on the 7th floor of the Harris County Criminal Court building.
Humphrey worked with an administrative representative of the courts.  The Court and the District Attorneys knew of her efforts to comply and

that she was on the 7th Floor of the Criminal Court building with the administrative representative trying to retrieve records.

On June 24, 2014, Humphrey provided this Court with unedited versions of the written records in print form in the aforementioned cases. Audio recordings for cases that were already submitted to the District Attorneys previously were not resubmitted.

On June 27, 2014, Humphrey again failed to provide audio recordings for the aforementioned cases that she was able to retrieve from her computer.

Humphrey was not able to provide audio recordings that Humphrey was not able to retrieve from her computer at that time.

The audio recordings that were provided and were incomplete were copied exactly the way they were from her computer.

On June 30, 2014, Humphrey provided CDs containing the audio recordings to this Court at a hearing.

The audio recordings for some of the cases were not provided or incomplete, as before, due to not being able to retrieve from computer.

With improved working equipment Humphrey is diligently preparing required records and filing with the Court of Appeals.

Please see Exhibit No. B.

IV.

The petitioner is entitled to habeas corpus relief based on the facts alleged in this application because petitioner can show she was not effectively noticed on multiple days of court hearings for which she is being held in contempt.

Many of those dates were informally reset by the court and Humphrey did not receive official notice.

WHEREFORE, petitioner prays that this Court grant this application for writ of habeas corpus and order petitioner discharged from the illegal restraint

she is currently suffering.

Respectfully submitted,

AFFIDAVIT

Before me, the undersigned authority, on this day personally appeared Sondra Humphrey, who after being duly sworn stated:

I am the petitioner in the above entitled and numbered cause. I have read the attached petition for writ of habeas corpus and swear that all of the allegations of fact contained in it are true according to my belief.

_____
Sondra Humphrey

SUBSCRIBED AND SWORN TO BEFORE ME on the _____18th_____ day of _September_, to certify which witness my hand and official seal.
_____

MARITZA F GUZMAN
My Commission Expires
April 23, 2017

_____
Maritza Guzman
Notary Public in and for the
State of Texas
My Commission expires
April 23, 2017